WATSON v. BOND, *County Treasurer.*

No. 6909.   Opinion Filed June 8, 1915.

(149 Pac. 1099.)

*Error from County Court, Atoka County;*
*Baxter Taylor, Judge.*

Action between Pete Watson and Henry J. Bond, County Treasurer. From the judgment, Watson brings error. Dismissed.

*J. G. Ralls,* for plaintiff in error.

*J. W. Clark,* Co. Atty. of Atoka County, for defendant in error.

BROWN, J. This is a companion case to *W. S. Thompson & Co. v. Henry S. Bond, County Treasurer, ante,* 149 Pac. 1098, decided at this term of this court, and involves the same state of facts. The syllabus and opinion in that case are adopted in this case and made to apply to the facts and parties herein.

The appeal is, therefore, dismissed.

All the Justices concur.